**FILED**

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0079

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CODY R. SACKS,

Defendant and Appellant.

## GRANT OF EXTENSION OF TIME

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 7, 2021, to prepare, file, and serve the Appellants Reply to the State's Response Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2021